**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#5**
**JS-6**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5098 PSG (SSx) | Date | October 4, 2010 |
|---|---|---|---|
| Title | Sean Sidwell, *et al.*  v.  Wells Fargo Bank N.A. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers) Order GRANTING Defendant's Motion to Dismiss**

  Before the Court is Defendant Wells Fargo Bank, N.A.'s ("Defendant") Motion to Dismiss Plaintiffs Sean Sidwell and Xochitl Sidwell's ("Plaintiffs") complaint. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of Defendant's Motion, the Court GRANTS the Motion.

  On or about July 12, 2010, Plaintiffs filed this action in this Court asserting claims for, *inter alia*, violations of the Truth in Lending Act and the Home Ownership Equity Protection Act.

  On August 6, 2010, Defendant filed a Motion to Dismiss Plaintiffs' complaint, seeking dismissal of all claims.[1] Under Local Rule 7-9, Plaintiffs were required to file and serve an opposition to the Motion at least by September 13, 2010. Plaintiffs did not file an opposition by that date. Pursuant to Local Rule 7-12, the Court deems Plaintiffs' failure to file a timely opposition to be consent to the granting of Defendant's Motion. *See* L.R. 7-12.

---

[1] Defendant does not specify the rule under which it seeks dismissal of Plaintiffs' Complaint. Based on the legal standard provided by Defendant in the Motion to Dismiss Plaintiffs' Complaint, it appears that it is a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

#5
JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5098 PSG (SSx) | Date | October 4, 2010 |
|---|---|---|---|
| Title | Sean Sidwell, *et al.* v. Wells Fargo Bank N.A. | | |

    Accordingly, the Court GRANTS Defendants' Motion to Dismiss Plaintiffs' Complaint in its entirety without leave to amend.

    **IT IS SO ORDERED.**