**E-FILED 10/06/10**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SIDWELL, XOCHITL SIDWELL, | Case No. CV10-5098 PSG SSx |
| | Hon. Philip S. Gutierrez |
| Plaintiffs | Ctrm 880 - Roybal |
| | |
| vs. | (~~PROPOSED~~) **JUDGMENT OF DISMISSAL** |
| | |
| WELLS FARGO BANK, N.A., a national association; and DOES 1 to 100, | |
| | |
| Defendants. | Complaint Filed:        July 12, 2010 |

The motion of Defendant WELLS FARGO BANK, N.A. ("Wells Fargo") for an order dismissing the complaint of Plaintiffs SEAN SIDWELL and XOCHITL SIDWELL ("Plaintiffs") for failure to state a claim upon which relief can be granted was originally set for hearing on October 4, 2010. On October 1, 2010, the Court took Wells Fargo's motion under submission to rule after full consideration of the submitted pleadings and took the hearing on the motion off calendar.

1    On October 4, 2010, the Court having read and considered the moving papers

2  and any opposition thereto, granted Wells Fargo's motion to dismiss Plaintiffs'

3  complaint without leave to amend.

4    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

5  Plaintiffs' claims against Defendant WELLS FARGO BANK, N.A are dismissed

6  with prejudice.  Plaintiffs are to recover nothing from WELLS FARGO BANK,

7  N.A.

8

9

10  DATED:  10/06/10              PHILIP S. GUTIERREZ
                                 _____
11                               HONORABLE PHILIP S. GUTIERREZ
                                 UNITED STATES DISTRICT COURT
12                               JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Irvine, California.  My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

4

5

On the date below I served the within document(s) described as: **(PROPOSED) JUDGMENT OF DISMISSAL** on the interested parties in this action:

6

7

☒   by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

8

9

| | |
|---|---|
| Philip E. Koebel, Esq.<br>1015 N. Lake Avenue, Suite 215<br>Pasadena CA 91104 | Attorneys for Plaintiffs SEAN SIDWELL and XOCHITL SIDWELL |

10

11

12

☒   **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

13

14

15

16

☒   **(BY ELECTRONIC SERVICE)**  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

17

18

19

20

☒   **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

Executed on October 5, 2010, at Irvine, California.

23

24

By:  /s/Natalie L. Athas
Natalie L. Athas

25

26

27

28